UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Standish Dublin
_____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/7/10

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

New York city law Dept.
N.Y.C.D.O.C.
Officer, Rodriguez # 18480
_____

**AMENDED COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☐ Yes ☐ No
(check one)

10 Civ. 2971 (LAP)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I. **Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name   Standish Dublin

ID # 300-08-00675
Current Institution   G.R.V.C.
Address  0909 hazen st. E.Elmhurst N.Y. 11370

*Rev. 01/2010*          1

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1  Name __The N.Y.C. law dept.__ Shield # _____
Where Currently Employed _____
Address __100 Church st. N.Y.C. N.Y. 10013__

Defendant No. 2  Name __N.Y.C.D.O.C.__ Shield # _____
Where Currently Employed _____
Address __75-20 Astoria blvd Jackson hghts. N.Y. 11370__

Defendant No. 3  Name __Officer,Rodrigeuz #18480__ Shield # _____
Where Currently Employed __G.R.V.C.__
Address __0909 Hazen st. E.Elmhurst N.Y. 11370__

Defendant No. 4  Name _____ Shield # _____
Where Currently Employed _____
Address _____

Defendant No. 5  Name _____ Shield # _____
Where Currently Employed _____
Address _____

II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur?
__George R. Vierno center__

B. Where in the institution did the events giving rise to your claim(s) occur?
__Inside housing area 7b between 3 and 4 cell.__

*Rev. 01/2010*                                                    2

C. What date and approximate time did the events giving rise to your claim(s) occur?

On Feb.9th 2009 between 4:30 and 7:00 (3 -11 tour)

D. Facts: On the time and date noted I was in a verbal dispute with .another inmate who's name I don't know. At the time this officer was in my visual. Minutes later I was then approac-hed again by the same inmate, then I was hit very hard, with something hard that dazed me.

After I regain my balance in the clinic I was taken to west facility's urgie care unit. On my way out I seen one of the inmates whos name I found out later when I received the infraction that his name was Shamari Laviscount also a member of the notorious Bloods.

While I was on the ground trying to protect myself I was kicked several times in the back. But I remember having a hold on one of the attackers and being kicked so it had to be someone else involed though I can't name them.

If the officer was at the post she saw it all along with the rest of the inmates that were present that night. NO I can't name any of the inmates I was new in the housing unit. The officer was nowhere to be found when I looked for her assistance when I was approached the second time because I was in danger as well as any person who gets in a altercation with the Bloods. And she's been working here long enough to know the danger I was in so why wasn't any actions taken before hand?

*(margin labels: What happened to you? | Who did what? | Was anyone else involved? | Who else saw what happened?)*

### III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Out of the ordeal I suffered a very nasty scar to the mouth, that needed serious repairing over 20 stitches. Now that area on my mouth is numb, I also fear that I can be Hurt by other members.

### IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes __x__   No ____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). G.R.V.C. where the maximum securty pretrial detainess are held.

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes __x__   No ____   Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____   No ____   Do Not Know __X__

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes __x__   No ____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes __x__   No ____

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? In G.R.V.C.'s greievence office

1. Which claim(s) in this complaint did you grieve? Liabilty on the officer's part.

2. What was the result, if any? Yes they told me it was a non-grievable issue.

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. no

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: _____

Rev. 01/2010                                                4

|||||**          NO

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:

NO

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.
I wrote the warden of the facility (Labruzzo) about the incident after it accured back in 2009 but have yet to receive an response.

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I would like for D.O.C. to enforce the rules and regulations to these officers. Also a compensation for liabilty, pain, suffering, anguish, mental anguish. An amount of money will be discussed at a later time If possibile find a way to monitor these officers on duty to see how they break and bend the rules which can be hazardous to ones health.

Rev. 01/2010          5

_____

_____

**VI.   Previous lawsuits:**

<div style="float:left">On these claims</div>

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _x_ No ____

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

  1. Parties to the previous lawsuit:

  Plaintiff _Standish Dublin (self)_

  Defendants _N.Y. city/ Warden Labruzzo/ D.O.C./ officer Villette_

  2. Court (if federal court, name the district; if state court, name the county) _Southern district_

  3. Docket or Index number _____

  4. Name of Judge assigned to your case _(AKH)_

  5. Approximate date of filing lawsuit _9/09_

  6. Is the case still pending? Yes _x_ No ____
     If NO, give the approximate date of disposition_____

  7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

  _____

<div style="float:left">On other claims</div>

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes _x_ No ____

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

  1. Parties to the previous lawsuit:

  Plaintiff _Standish Dubiln_

  Defendants _N.Y. city/ D.O.C._

  2. Court (if federal court, name the district; if state court, name the county) _Southern district_

  3. Docket or Index number _____

  4. Name of Judge assigned to your case _____

  5. Approximate date of filing lawsuit _3/07_

*Rev. 01/2010*                                 6

6. Is the case still pending? Yes ____ No __x__
   If NO, give the approximate date of disposition ____3/08____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) __Settlement in my favor.__

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this __27__ day of __April__, 20__10__.

| | |
|---|---|
| Signature of Plaintiff | *[signature]* |
| Inmate Number | 300-08-00675 |
| Institution Address | G.R.V.C. 0909 Hazen st. |
| | E.Elmhurst N.Y. 11370 |

<u>Note</u>: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this __27__ day of __April__, 20 __10__ I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: *[signature]*